**Dismissed and Opinion Filed December 29, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00577-CV

### LUIS ZAMORA, Appellant
### V.
### CHAMPION COOLER CORPORATION, Appellee

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2013-2-063CV**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

Before the Court is appellee's December 13, 2016 motion to dismiss this appeal for want of prosecution. Appellant did not file a response to appellee's motion.

Appellant's brief was due October 15, 2016. By post-card notice dated October 18, 2016, the Court notified appellant that the brief was overdue and instructed him to file, within ten days, a brief and an extension motion. We cautioned appellant that failure to file the brief and extension motion within ten days would result in the dismissal of this appeal. See Tex. R. App. P. 38.8(a)(1). As of today's date, appellant has not filed a brief.

Accordingly, we GRANT appellee's motion and DISMISS this appeal. See Tex. R. App.

P. 38.8(a)(1); 42.3(b), (c).


        /Carolyn Wright/
        CAROLYN WRIGHT
        CHIEF JUSTICE


160577F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LUIS ZAMORA, Appellant

No. 05-16-00577-CV     V.

CHAMPION COOLER CORPORATION,
Appellee

On Appeal from the County Court at Law
No. 2, Grayson County, Texas
Trial Court Cause No. 2013-2-063CV.
Opinion delivered by Chief Justice Wright,
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Champion Cooler Corporation recover its costs of this appeal, if any, from appellant Luis Zamora.

Judgment entered December 29, 2016.